```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  HEATHER M. THOMAS
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-10-439 KJM |
|---|---|---|
| Plaintiff, | ) | Order |
| v. | ) | |
| ANDREW J. DRUCK, | ) | DATE: December 2, 2010 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Kimberly J. Mueller |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss Count One of Cr. No. S-10-439 KJM (is GRANTED.

IT IS SO ORDERED.

Dated: November 30, 2010.

_____
U.S. MAGISTRATE JUDGE