1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   Scott Radcliffe
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

8  Attorney for Defendant
   Andrew Druck
9

10

11               IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15

16  UNITED STATES OF AMERICA,        )  No. Cr.S-10-439 KJM
                                     )
17                   Plaintiff,      )
                                     )  STIPULATION AND ORDER
18       v.                          )
                                     )
19  ANDREW DRUCK,                    )  Date:  December 13, 2010
                                     )  Time:  10:00 a.m.
20                   Defendant.      )  Judge: Hon. Kimberly J. Mueller
                                     )
21  _____ )

22

23      The United States of America, through Matthew Stegman, Assistant

24  United States Attorney, together with defendant, Andrew Druck, by

25  counsel Linda Harter, Chief Assistant Federal Defender, stipulate to

26  vacate the court trial date set for December 13, 2010 at 10:00 a.m. and

27  continue the court trial date for February 7, 2011 at 10:00 a.m.

28  /////

1    The defense plans to file a motion challenging the validity of the

2   statute the defendant has been charged with, and request a motion

3   hearing scheduled for January 20, 2011. The parties request a briefing

4   schedule as follows: Defendant's motion filed on December 17, 2011, the

5   Government's opposition brief filed January 7, 2011, defendant's reply

6   brief filed January 14, 2011.

7

8   Dated:   December 9, 2010
                                    Respectfully submitted,
9
                                    DANIEL J. BRODERICK
10                                   Federal Defender

11

12                                   /s/ Linda Harter
                                    Linda Harter
13                                   Chief Assistant Federal Defender
                                    Scott Radcliffe
14                                   Certified Student Attorney
                                    Attorney for Defendant
15                                   Andrew Druck

16

17  Dated: December 9, 2010        BENJAMIN B. WAGNER
                                    United States Attorney
18

19                                   /s/ MATTHEW C. STEGMAN

20                                   MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney
21

22
                            ORDER
23
    IT IS SO ORDERED.
24

25
    Dated: December 9, 2010.
26

27

28                  U.S. MAGISTRATE JUDGE


Stipulation and Order            -2-