```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
Scott Radcliffe
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700




Attorney for Defendant
Andrew Druck
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S-10-439 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| ANDREW DRUCK, | ) | Date:  February 7, 2010 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Kimberly J. Mueller |
| | ) | |
| _____ | ) | |

   The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, Andrew Druck, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the current briefing schedule set for as followed: Defendant's motion filed on December 17, 2011, the Government's opposition brief filed January 7, 2011, Defendant's reply brief filed January 14, 2011.

1
2    The parties request a new briefing schedule set forth as followed:
3  Defendant's motion filed December 24, 2010; Government's opposition
4  brief filed January 14, 2011; defendant's reply brief filed January 21,
5  2011.
6
7  Dated:  December 17, 2010
                                    Respectfully submitted,
8
                                    DANIEL J. BRODERICK
9                                   Federal Defender
10
11                                  /s/ Linda Harter
                                    Linda Harter
12                                  Chief Assistant Federal Defender
                                    Scott Radcliffe
13                                  Certified Student Attorney
                                    Attorney for Defendant
14                                  Andrew Druck
15
16  Dated: December 17, 2010        BENJAMIN B. WAGNER
                                    United States Attorney
17
18                                  /s/ MATTHEW C. STEGMAN
19                                  MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney
20
21
22                        ORDER
    IT IS SO ORDERED.
23
24
    Dated:  December 17, 2010.
25
26
27                                  _____
                                    U.S. MAGISTRATE JUDGE
28

Stipulation and Order              -2-